IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MICHAEL HARRISON,

    Plaintiff,

v.

PNC FINANCIAL SERVICES, et al.,

    Defendants.

:
:
:
:
:

Case No. 3:17-cv-75

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING AS MOOT PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS (DOC. #22); CASE TO REMAIN TERMINATED ON DOCKET

---

Given the Joint Stipulation of Dismissal filed on November 30, 2018, Doc. #24, which encompasses the issues of "costs, expenses and attorneys' fees," the Court OVERRULES AS MOOT Plaintiff's Motion for Attorney Fees and Costs, Doc. #22. The captioned case shall remain terminated on the Court's docket.

Date: December 3, 2018

                                                              WALTER H. RICE
                                                              UNITED STATES DISTRICT JUDGE